

# Service of Process Transmittal
12/13/2019
CT Log Number 536804739

**TO:** Jack Tamburello
Marriott International, Inc.
1 Star Pt
Stamford, CT 06902-8911

**RE:** **Process Served in Louisiana**

**FOR:** THE RITZ-CARLTON HOTEL COMPANY, L.L.C.  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | GLORIA JOHNSON, PLTF. vs. RITZ CARLTON HOTEL COMPANY and ABC INSURANCE COMPANY, DFTS.<br>*Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | Citation, Petition |
| **COURT/AGENCY:** | Orleans Civil District Court, Parish of Orleans, LA<br>Case # 201912151 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - On or about 11/23/2018 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Baton Rouge, LA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 12/13/2019 at 08:50 |
| **JURISDICTION SERVED:** | Louisiana |
| **APPEARANCE OR ANSWER DUE:** | Within fifteen (15) days after the service hereof |
| **ATTORNEY(S) / SENDER(S):** | Michael G. Bagnens<br>Davillier Law Group, LLC<br>935 Gravier Street, Suite 1702<br>New Orleans, LA 70112<br>504-582-6998 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 12/13/2019, Expected Purge Date: 12/18/2019<br><br>Image SOP<br><br>Email Notification,  Jack Tamburello  Jack.Tamburello@marriott.com<br><br>Email Notification,  Randi Neches  Randi.Neches@Marriott.com<br><br>Email Notification,  Reine Blackwell-Moore  reine.blackwell@marriott.com<br><br>Email Notification,  Eleni Planzos  Eleni.Planzos@marriott.com<br><br>Email Notification,  Matthew Casassa  Matthew.Casassa@Marriott.com<br><br>Email Notification,  Cara Anderson  Cara.Anderson@marriott.com |


EXHIBIT "A"

Page 1 of  2 / SV

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



**Service of Process Transmittal**
12/13/2019
CT Log Number 536804739

| | |
|---|---|
| **TO:** | Jack Tamburello<br>Marriott International, Inc.<br>1 Star Pt<br>Stamford, CT 06902-8911 |
| **RE:** | **Process Served in Louisiana** |
| **FOR:** | THE RITZ-CARLTON HOTEL COMPANY, L.L.C. (Domestic State: DE) |

Email Notification, Fran Kassner  Fran.Kassner@marriott.com

Email Notification, Michael Martinez  Michael.Martinez@marriott.com

Email Notification, Theresa Coetzee  Theresa.Coetzee@marriott.com

Email Notification, Andrew Wright  Andrew.PC.Wright@marriott.com

Email Notification, Dave Bell  Dave.Bell@marriott.com

Email Notification, Margot Metzger  Margot.Metzger@Marriott.com

| | |
|---|---|
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 1999 Bryan St Ste 900<br>Dallas, TX 75201-3140 |
| **For Questions:** | 877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

ATTORNEY'S NAME: Bagneris, Michael G 02658
AND ADDRESS: 935 Gravier Street 1702, New Orleans, LA 70112

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

| NO: 2019-12151 | DIVISION: C | SECTION: 10 |
|---|---|---|

### JOHNSON, GLORIA

**Versus**

### RITZ CARLTON HOTEL COMPANY ET AL

## CITATION

TO: RITZ CARLTON HOTEL COMPANY
THROUGH: ITS AGENT: CT CORPORATION SYSTEM
3867 PLAZA TOWER DRIVE, BATON ROUGE, LA 70816

### YOU HAVE BEEN SUED:

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA November 27, 2019**

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by
Christine Thrift, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within Petition for Damages ON RITZ CARLTON HOTEL COMPANY THROUGH: ITS AGENT: CT CORPORATION SYSTEM Returned the same day No. _____ Deputy Sheriff of _____ Mileage: $ _____ / ENTERED / PAPER   RETURN / / SERIAL NO.   DEPUTY   PARISH | On this _____ day of _____ served a copy of the within Petition for Damages ON RITZ CARLTON HOTEL COMPANY THROUGH: ITS AGENT: CT CORPORATION SYSTEM by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said RITZ CARLTON HOTEL COMPANY being absent from the domicile at time of said service. Returned the same day _____ No. _____ Deputy Sheriff of _____ |

ID: 10354858                    Page 1 of 1

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 19-12151        DIVISION " C - 10        SECTION ___

2019 NOV 20 PM 2:50
CIVIL DISTRICT COURT
FILED

GLORIA JOHNSON

VERSUS

RITZ CARLTON HOTEL COMPANY
and ABC INSURANCE COMPANY

Filed: _____        _____
                                                    **Deputy Clerk**

## PETITION FOR DAMAGES

**THE PETITION** of GLORIA JOHNSON, a person of the full age of majority and resident of the Parish of Orleans, respectfully represents:

I.

The following parties are made defendants:

(a) RITZ CARLTON HOTEL COMPANY, a company organized to do and doing business under the laws of and in the State of Louisiana; and

(b) ABC INSURANCE COMPANY, a foreign insurance company authorized to do and doing business under the laws of and in the State of Louisiana, and at all times mentioned herein had in full force and effect, a policy of insurance covering the Defendant, Ritz Carlton Hotel.

II.

On or about Friday, November 23, 2018, Petitioner, Gloria Johnson, was attending the Honors Program hosted by the Network Coalition and held at the Ritz Carlton Hotel, 921 Canal Street, New Orleans, Louisiana.

III.

On said date, Petitioner was descending the stairway of the Ritz Carlton Hotel which leads to the parking garage.

IN FORMA PAUPERIS

1

IV.

The railing of the stairway was decorated with garland and other holiday decorations.

V.

As Petitioner was descending the stairway, she placed her right hand on the railing to balance herself. The garland slipped causing Petitioner's hand to slide which caused Petitioner to lose her balance and fall face first down the stairway.

VI.

When Petitioner reached the bottom of the stairway, her body flipped injuring her back, neck and head.

VII.

A doctor happened to be at the Hotel at the time of Petitioner's fall. He examined Petitioner and advised that she go directly to the hospital.

VIII.

An ambulance was called and your Petitioner was taken to Ochsner Hospital for emergency treatment.

IX.

The sole and proximate cause of Petitioner's accident was the gross and wanton negligence of the Defendant, Ritz Carlton Hotel, which includes the following:

a) installing faulty decorations;

b) providing an attractive nuisance;

c) failing to provide and maintain a safe stairway;

d) failing to secure its stairway;

e) failing to detect and monitor an obvious safety hazard;

f) failing to provide a safe exit;

g) failing to see what should have been seen; and

h) any and all other acts of negligence inherent in these pleadings or which may appear by discovery or at the trial of this case.

2

X.

As a result of the Defendant, Ritz Carlton Hotel's, negligence Petitioner sustained traumatic personal and physical injuries, mental anguish and inconvenience.

XI.

Petitioner hereby requests a trial by jury.

XII.

Petitioner is financially unable to pay court costs, and therefore, request that this Honorable Court grant her *informa pauperis* status to proceed in this litigation.

**WHEREFORE**, Petitioner, GLORIA JOHNSON, prays:

a) That her Petition for Damages be filed accordingly, and that the Defendants, RITZ CARLTON HOTEL COMPANY and ABC INSURANCE COMPANY, be duly cited and served with a copy of the Petition, and be required to answer same all in accordance with law;

b) That after due delays and proceedings are had, there be judgment herein in favor of the Petitioner and against the Defendants, jointly, severally and in solido, in an amount determined and deemed appropriate by this Honorable Court, with legal interest from the date of judicial demand;

c) That Petitioner is granted a trial by jury;

d) That Petitioner is granted *informa pauperis* status to proceed in this litigation; and

e) For all costs of these proceedings and for all general and equitable relief.

Respectfully submitted,

*[signature]*

Michael G. Bagneris (Bar #2658)
***Davillier Law Group, LLC***
935 Gravier Street, Suite 1702
New Orleans, LA 70112
Phone (504) 582-6998 | Fax (504) 582-6985
Email: mbagneris@davillierlawgroup.com

***Counsel for the Petitioner, Gloria Johnson***

A TRUE COPY

*[signature]*
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

3

## PLEASE SERVE:

**Ritz Carlton Hotel Company**
**Through Registered Agent**
C.T. Corporation System
3867 Plaza Tower Drive
Baton Rouge, LA 70816

**ABC Insurance Company**
(Please Hold Service)